# Plaintiff Exhibit 1

    Miles Ashton <miles.ashton.esq@gmail.com>

## Proof of service receipt
1 message

**ServiceECF (Law)** <ServiceECF@law.nyc.gov>                                    Wed, Jan 12, 2022 at 5:30 PM
To: Miles Ashton <miles.ashton.esq@gmail.com>

This email confirms receipt of email and constitutes proof of service at the Office of the Corporation Counsel for the City of New York.  Please retain it for your records.  Please note that the Office of the Corporation Counsel has accepted service only for the City of New York and entities for which the Law Department is authorized to accept service, including  the Mayor and City Agency Heads named in their official capacities.  Service of process on any individually named parties has not been accepted.

**This mailbox is only monitored for service.** **Please call (212) 356-1140** with any questions or concerns.



**JAMES E. JOHNSON**
Corporation Counsel

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JONATHAN JAY PINN**
Chief, Operations Division
100 Church Street
NY, NY 10007
jpinn@law.nyc.gov

**MEMORANDUM**

TO: ALL

FROM: JONATHAN JAY PINN

DATE: NOVEMBER 4, 2020

SUBJECT: MESSAGE FROM THE NEW YORK CITY LAW DEPARTMENT REGARDING SERVICE OF PROCESS

Beginning on Tuesday, June 23, 2020, the service window will be open ONLY on Tuesdays and Thursdays from 9:00am to 5:00pm. An email address remains available where the Law Department continues to temporarily accept service. The email address established for service in this period is ServiceECF@law.nyc.gov. Please note that service will be temporarily accepted via this method only for the City of New York and entities for which the Law Department is authorized to accept service. **Service of process on individuals should continue to proceed in manner required by applicable law.**

Law Department website:
www.nyc.gov/law