

| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **SPENCER STRESING**<br>*Assistant Corporation Counsel*<br>Phone: (212) 356-5058<br>Email: sstresin@law.nyc.gov |

June 27, 2022

VIA E.C.F.
Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/27/2022
```

**MEMORANDUM ENDORSED**

RE: Jason Peters v. The City of New York et al.
21 Civ. 8900 (GHW)

Your Honor:

    I am an Assistant Corporation Counsel in the Special Federal Litigation Division of the New York City Law Department representing defendant City of New York ("City") in the above-referenced action. For the reasons set forth below, defendant respectfully requests an adjournment of the initial conference currently scheduled for July 1, 2022 to a date after July 31, 2022 convenient to the Court, and a corresponding extension of all the deadlines included in the Plan for Certain 1983 Cases Against the City of New York ("the 1983 Plan"). Defendant also respectfully requests an extension of time to file the corresponding joint letter and case management plan which are due June 28, 2022. Plaintiff consents to this request. This is the City's first request for an adjournment of the Initial Conference.

    The undersigned has been out of the office due to a family emergency and will be resigning from the office as of July 1, 2022. As such, this matter is being reassigned and the newly assigned Assistant Corporation Counsel will need time to become familiar with this matter, including reviewing documents, in order to meaningfully participate in the 1983 Plan.

    Accordingly, the City respectfully requests: (1) an adjournment of the July 1, 2022 Initial Status Conference to a date after July 31, 2022; and (2) an extension of time to file the corresponding joint letter and case management plan currently due June 28, 2022.

    The City thanks the Court for its consideration herein

Respectfully submitted,

Spencer Stresing
*Assistant Corporation Counsel*
Special Federal Litigation Division

CC:   VIA ECF
      Miles Ashton, Esq.
      *Attorneys for Plaintiff*

Application granted. The initial pretrial conference scheduled for July 1, 2022 is adjourned to August 11, 2022 at 4:00 p.m. The joint status letter and proposed case management plan described in the Court's November 2, 2021 order are due no later than August 4, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 20.

SO ORDERED.

Dated: June 27, 2022
New York, New York

_____
GREGORY H. WOODS
United States District Judge