```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
JASON PETERS,                                                 :
                                                              :
                                        Plaintiff,            :     1:21-cv-8900-GHW
                                                              :
                     -v -                                     :     ORDER
                                                              :
THE CITY OF NEW YORK, *a municipal entity, et.*               :
*al.*,                                                        :
                                                              :
                                        Defendants.           :
                                                              :
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The initial pretrial conference in this case previously scheduled for November 14, 2022, Dkt. No. 27, is hereby rescheduled for Wednesday, October 26, 2022 at 11:00 a.m. The joint status letter and proposed case management plan described in the Court's November 2, 2021 order are due no later than October 24, 2022. The parties are directed to the Court's Emergency Rules in Light of COVID-19, which are available on the Court's website, for the dial-in number and other relevant instructions. The parties are specifically directed to comply with Rule 2(C) of the Court's Emergency Rules.

SO ORDERED.

Dated: October 19, 2022
       New York, New York

                                                        _____
                                                              GREGORY H. WOODS
                                                            United States District Judge