USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/27/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

JASON PETERS,

                        Plaintiff,

      -against-

THE CITY OF NEW YORK, *a municipal entity, et al.*,

                        Defendants.

-----------------------------------------------------------------X

**ORDER SCHEDULING TELEPHONE CONFERENCE**

**21-CV-8900 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      This case has been referred to me for settlement purposes (docket no. 29). A telephone conference will be held on **Monday, November 21, 2022 at 4:00 p.m.** in advance of a settlement conference. The parties are directed to review Judge Parker's Individual Practices at http://nysd.uscourts.gov/judge/Parker concerning settlement conferences in advance of the call. Counsel for the parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

      SO ORDERED.

Dated: October 27, 2022
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge