USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/05/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASON PETERS,

                            Plaintiff,

        -against-

THE CITY OF NEW YORK, *a municipal entity, et al.*,

                            Defendants.
-----------------------------------------------------------------X

**ORDER CONVERTING SETTLEMENT CONFERENCE TO VIDEO**

**21-CV-8900 (GHW)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      The settlement conference in this matter previously scheduled for Monday**, February 6, 2023 at 2:00 p.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby **converted to Microsoft Teams.** Counsel for the parties will be sent an invitation by Judge Parker's chambers prior to the scheduled conference.

      **SO ORDERED.**

Dated: February 5, 2023
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge