```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- X
                                                                  :
JASON PETERS,                                                     :
                                                                  :
                                              Plaintiff,          :     1:21-cv-8900-GHW
                                                                  :
                      -v -                                        :     ORDER
                                                                  :
THE CITY OF NEW YORK, a municipal entity, et al.,                 :
                                                                  :
                                              Defendants.         :
                                                                  :
----------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

As discussed at the February 23, 2023 conference, with certain exceptions noted below, the Court will grant a stay of this case for 90 days from the date of counsel for Defendants' request, which will result in a stay of the case until May 18, 2023.  *See* Dkt. No. 56.  The deadlines previously set in the case management plan, *see* Dkt. No. 38, are hereby modified as follows:

- **Fact Discovery Completion Deadline:**  August 21, 2023
- **Depositions Pursuant to F.R.C.P. 30, 31:**  July 24, 2023
- **Requests to Admit Pursuant to F.R.C.P. 36:**  July 31, 2023
- **Expert Discovery Completion Deadline:**  September 11, 2023
- **Party-Proponent Disclosures Under F.R.C.P. 26(a)(2):**  July 24, 2023
- **Party-Opponent Disclosures Under F.R.C.P. 26(a)(2):**  August 21, 2023
- **Deadline to File Motions for Summary Judgment:**  October 10, 2023
- **Status Conference:**  September 21, 2023 at 4:00 p.m.  The conference will be conducted by telephone.  The parties are directed to the Court's Individual Rules of Practice in Civil Cases, which are available on the Court's website.  Rule 2 of the Court's Individual Rules contains the dial-in number for the conference and other relevant instructions.  The parties are specifically directed to comply with Rule 2(B) of the Court's Individual Rules.
- **Joint Letter in Advance of Status Conference:**  September 14, 2023

All other deadlines set in the previous case management plan remain in effect.  In addition, as discussed at the conference, the parties are ordered to meet and confer when possible to discuss

how to proceed with any pending requests for third-party discovery. Any such requests for third-party discovery (including from CCRB or CCI) are *not* subject to the stay, and therefore should continue to move forward during the pause in the case.

The Clerk of Court is directed to stay this case until May 18, 2023.

SO ORDERED.

Dated: February 23, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge