```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   **MEMORANDUM ENDORSED**
JASON PETERS

Index No. 21-cv-8900 (GHW)

                      Plaintiff,

                                    **ORDER**

      -against-

THE CITY OF NEW YORK, et al.,

                      Defendants.
------------------------------------------------------------------X

    **WHEREAS**, a settlement has been reached in principle in this action that is agreeable to the parties herein;

    **WHEREAS,** defendant The City of New York condition their processing of said settlement on the receipt of an executed Affidavit of Lien Status by Plaintiffs, among other papers;

    **WHEREAS**, the City of New York's Human Resources Administration Department of Social Services has indicated that the timing for considering lien requests absent this order will be a matter of months; and

    **NOW, THEREFORE, IT IS HEREBY ORDERED**, that the City of New York's Human Resources Administration Department of Social Services address the lien request submitted for Plaintiff JASON PETERS herein on an expedited basis, and deliver the results of same to Plaintiff's Counsel, Wylie Stecklow PLLC, Carnegie Hall Tower, 152 W. 57th Street, 8th Floor, NY NY 10019, as soon as is practicable.

SO ORDERED:
Date:  June 14, 2023

                                                        GREGORY H. WOODS
                                                        U.S.D.J.